IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rover, Chubby

Printed: 11/6/07

Case Number: 07 B 14074
Judge: Squires, John H

Filed: 8/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 26, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 6. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 7. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 8. | AAFES | Unsecured | 0.00 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 10. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 12. | Americas Servicing | Secured | | No Claim Filed |
| 13. | Americas Servicing | Secured | | No Claim Filed |
| 14. | SN Servicing Corporation | Secured | | No Claim Filed |
| 15. | American General Finance | Secured | | No Claim Filed |
| 16. | Hsbc Nv | Unsecured | | No Claim Filed |
| 17. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | American General Finance | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 21. | Chicago Municipal Employees CU | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Rover, Chubby

Printed: 11/6/07

Case Number:  07 B 14074
Judge:  Squires, John H
Filed:  8/6/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_